USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OHIO SECURITY INSURANCE COMPANY,

Plaintiff,

-against-

ARCH SPECIALTY INSURANCE COMPANY,

Defendant.

1:25-cv-5372 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On December 1, 2025, the Parties filed a stipulation of voluntary dismissal. [ECF No. 12]. However, as reflected in the deficiency notice issued by the Clerk of Court, the Parties are required to properly re-file the stipulation. The conference scheduled in this matter for February 4, 2026, is hereby ADJOURNED.

**SO ORDERED.**

**Date: January 22, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**