USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OHIO SECURITY INSURANCE COMPANY,

Plaintiff,

-against-

ARCH SPECIALTY INSURANCE COMPANY,

Defendant.

1:25-cv-5372 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On December 1, 2025, the Parties filed a stipulation of voluntary dismissal.  [ECF No. 12].

However, as reflected in the deficiency notice issued by the Clerk of Court, and in the Court's

prior Order of January 22, 2026, [ECF No. 13], the Parties are required to properly re-file the

stipulation.  If the Parties fail to do so by February 12, 2026, Plaintiff risks dismissal with prejudice

under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**SO ORDERED.**

**Date:  February 5, 2026**
**       New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**